# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KUECKER LOGISTICS GROUP, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>GREATER OMAHA PACKING CO., INC.,<br><br>        Defendant. | 8:20CV307<br><br>**AMENDED**<br>**TRIAL SETTING ORDER** |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The **jury** trial of this case is set to commence before **Brian C. Buescher, United States District Judge,** in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **September 12, 2023**, or as soon thereafter as the case may be called, for a duration of **ten (10)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The **Final Pretrial Conference** is scheduled to be held before the undersigned magistrate judge on **August 10, 2023** at **10:00 a.m.**, and will be conducted by video conferencing. Video conference instructions are found at ([Filing No. 44](#)). The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to bazis@ned.uscourts.gov in Word format, by **12:00 p.m. on August 7, 2023**.

3) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than twenty-eight (28) days before trial.

4) The parties are ordered to comply with **Judge Buescher's** Civil Jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 9th day of February, 2023.

                                                    BY THE COURT:

                                                    s/ Susan M. Bazis
                                                    United States Magistrate Judge