IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KUECKER LOGISTICS GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GREATER OMAHA PACKING CO., INC.,<br><br>Defendant. | 8:20CV307<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by counsel for both parties. Filing 229. The parties stipulate to dismissal of this action, including all claims and counterclaims, with prejudice, with each party to bear its own attorney's fees costs. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice, Filing 229, is granted. This case, including all claims and counterclaims, is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated this 27th day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1